UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X        **07-CV-4057**

KIM TEDESCO,

                    Plaintiff,

        -against-                              RULE 7.1
                                             DISCLOSURE

PINPOINT TECHNOLOGIES, LLC and
MEL S. HARRIS & ASSOCIATES, LLC

                    Defendants

- - - - - - - - - - - - - - - - - - X


        Defendant, PINPOINT TECHNOLOGIES, LLC, by its

attorney, Arthur Sanders, alleges that PINPOINT TECHNOLOGIES,

LLC has no publicly traded parent companies.


Dated:  Spring Valley, New York
        August 3, 2007


                              _/S/_____
                              ARTHUR SANDERS, ESQ. (AS-1210)
                              Attorney for defendants
                              2 Perlman Drive – Suite 301
                              Spring Valley NY 10977-5230
                              845-352-7272

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Kevin C. Mallon, Esq.

\_/S/_____
ARTHUR SANDERS