```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------X        07-CV-4057

KIM TEDESCO,

            Plaintiff,

    -against-                RULE 7.1
                             DISCLOSURE
PINPOINT TECHNOLOGIES, LLC and
MEL S. HARRIS & ASSOCIATES, LLC

            Defendants
-------------------X
```

Defendant, MEL S. HARRIS & ASSOCIATES, LLC, by its attorney, Arthur Sanders, alleges that MEL S. HARRIS & ASSOCIATES, LLC has no publicly traded parent companies.

Dated:  Spring Valley, New York
        August 3, 2007

```
                    _/S/_____
                    ARTHUR SANDERS, ESQ. (AS-1210)
                    Attorney for defendants
                    2 Perlman Drive - Suite 301
                    Spring Valley NY 10977-5230
                    845-352-7272
```

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Kevin C. Mallon, Esq.

_/S/_____
ARTHUR SANDERS