UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X **07-CV-4057**

KIM TEDESCO,

Plaintiff,

-against-

ANSWER TO COMPLAINT

PINPOINT TECHNOLOGIES, LLC and MEL S. HARRIS & ASSOCIATES, LLC

Defendants. Judge McMahon

- - - - - - - - - - - - - - - - - - - X

Defendants, MEL S. HARRIS & ASSOCIATES, LLC and PINPOINT TECHNOLOGIES, LLC, by their attorney Arthur Sanders, as and for their answer to the complaint of plaintiff, allege as follows:

1. Defendants deny knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph “1” of the Complaint.

2. Defendants admit the allegation contained in Paragraph “2” of the Complaint.

3. Defendants deny knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph “3” of the Complaint.

4. Defendants deny the allegation contained in Paragraph “4” of the Complaint.

5. Defendants admit the allegation contained in Paragraph “5” of the Complaint.

6. Defendants admit the allegation contained in Paragraph "6" of the Complaint.

7. Defendants deny suing the plaintiff after the Statute of Limitations on the account had expired but otherwise deny knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "7" of the Complaint.

8. Defendants deny suing the plaintiff after the Statute of Limitations on the account had expired but otherwise deny knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "8" of the Complaint.

9. Defendants deny knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "1" of the Complaint.

10. Defendants deny knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "10" of the Complaint.

11. Defendants deny knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "11" of the Complaint.

12. Defendants admit the allegation contained in Paragraph "12" of the Complaint.

13. Defendants admit the allegation contained in Paragraph "13" of the Complaint.

14. Defendants deny the allegation contained in Paragraph "14" of the Complaint.

15. Defendants deny the allegation contained in Paragraph "14" of the Complaint.

16. Defendants deny the allegation contained in Paragraph "14" of the Complaint.

WHEREFORE, defendants, MEL S. HARRIS & ASSOCIATES, LLC and PINPOINT TECHNOLOGIES, LLC, request Judgment dismissing the complaint with prejudice and denying all requested relief therein, together with such other and further relief as the Court deems just and proper, including costs and reasonable attorneys' fees.

Dated: Spring Valley, New York
August 3, 2007

_/S/_______

ARTHUR SANDERS, ESQ. (AS-1210)
Attorney for defendants
2 Perlman Drive - Suite 301
Spring Valley NY 10977-5230
845-352-7272

TO: Kevin C. Mallon, Esq. (KCM-4798)
Fishman & Neil, LLP
Attorney for plaintiff
305 Broadway - Suite 900
New York NY 10007

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Kevin C. Mallon, Esq.

_/S/_______________________
ARTHUR SANDERS